United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY I. SWANSON,

    Plaintiff,

  v.

THE COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

    Defendant.
                           /

No. C 05-02851 JSW

**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS**

This matter comes before the Court upon consideration of Plaintiff's application to proceed in forma pauperis. Plaintiff's complaint, however, was filed by counsel. Accordingly, as it appears that Plaintiff is represented by counsel, the Court HEREBY DENIES the application to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: July 25, 2005

      /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE