IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY I. SWANSON,

    Plaintiff,

v.

THE COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

    Defendant.

No. C 05-02851 JSW

**ORDER RE FILING FEE**

On July 25, 2005, the Court denied Plaintiff's application to proceed in forma pauperis. Accordingly, Plaintiff must pay the filing of $250.00 by no later than August 9, 2005. Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. The Plaintiff is hereby apprised of his responsibility to serve the complaint and any amendments, scheduling orders, and attachments pursuant to Federal Rule of Civil Procedure 4.

**IT IS SO ORDERED.**

Dated: July 26, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE