1  JAMES HUNT MILLER (CA BAR # 135160)
   P.O. Box 10891
2  OAKLAND CA 94610
   P: (510) 451-2132
3  F: (510) 451-0824
   e: jimillaw@rcn.com
4  Attorney for Plaintiff

5

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR
               THE NORTHERN DISTRICT OF CALIFORNIA
9

10

11 Gregory I. Swanson,         )
                               )
12         Plaintiff,          )    No. C 05-02851 JSW
                               )
13     vs.                     )    ~~PROPOSED~~
                               )    ORDER ON PLAINTIFF'S 1) MOTION FOR
14 The COMMISSIONER OF         )    LEAVE TO FILE MOTION AND 2) MOTION
   the SOCIAL SECURITY         )    FOR RECONSIDERATION OF ORDER
15 ADMINISTRATION,             )    DENYING PLAINTIFF'S APPLICATION
                               )    TO PROCEED IN FORMA PAUPERIS
16         Defendant.          )    (no hearing)
   _____)

17

18     Pursuant to Fed.R.Civ.P. Rule 60(b), 28 U.S.C. § 1915 and Plaintiff's Motions,

19 Plaintiff's Application to proceed in forma pauperis is reconsidered. Based on its

20 review of Plaintiff's Application, the Court GRANTS Plaintiff's Application to proceed

21 in forma pauperis.

22     The U.S. Marshal for the Northern District of California shall serve, without

23 prepayment of fees, a copy of the summons, complaint, scheduling and other orders and

24 attachments, as well as a copy of this order, upon Defendant.

25 IT IS SO ORDERED.

26 DATED: August 9, 2005       _____/s/ Jeffrey S. White_____
                               JEFFREY S. WHITE
27                             United States District Judge

28

            Prop Ord - swanson v. ssa  C 05-02851 JSW                    1