| | |
|---|---|
| 1 | KEVIN V. RYAN, SBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>SARA WINSLOW, DCBN 457643 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7260<br>Facsimile: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| GREGORY I. SWANSON, | ) | |
| Plaintiff, | ) | CIVIL NO. 05-02851 JSW |
| v. | ) | STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 45 days in which to file her response to plaintiff's motion for summary judgment.[1] Defendant's response was due on January 12, 2006, pursuant to Civil L.R.16-5. Defendant's response is now due on February 27, 2006.

///
///
///
///
///
///
///

---

[1] See attached Declaration of Katherine Loo.

1       This is defendant's first request.

5 Dated: December 16, 2005       /s/
      JAMES HUNT MILLER
6       Attorney for Plaintiff

      KEVIN V. RYAN
8       United States Attorney

12 Dated: December 18, 2005   By:     /s/
      SARA WINSLOW
13       Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

19 Dated: December 19, 2005     _____
      JEFFREY S. WHITE
20       United States District Judge

SWANSON, EXT.MXSJ (kl)
C 05-02851 JSW         2