```
KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY I. SWANSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO.   05-02851 JSW<br><br>STIPULATION AND ORDER OF REMAND |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that this action be remanded to the defendant Commissioner pursuant to sentence four of 42 U.S.C. Section 405(g) for further administrative proceedings. The purpose of the remand is to offer Plaintiff a new Administrative Law Judge (ALJ) hearing.

    On remand, the ALJ will:

    1. Further consider the examining source opinions and explain the weight given to the opinion evidence;

    2. Obtain additional evidence regarding Plaintiff's mental impairment;

    3. Further evaluate Plaintiff's mental impairment;

    4. Reconsider Plaintiff's residual functional capacity and provide appropriate rationale with specific references to the record in support of the limitations;

5.  And, if warranted by the expanded record, obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base.

Dated: January 4, 2006

/s/
JAMES HUNT MILLER
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: January 4, 2006          By:     /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded, pursuant to sentence four of 42 U.S.C. 405(g), to the Commissioner for further proceedings.

Dated: January 5, 2006

JEFFREY S. WHITE
United States District Judge

SWANSON, REMD,S4 (kl)
C 05-02851 JSW

2