1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, SBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169
7
8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12 GREGORY I. SWANSON,                )
                                      )
13            Plaintiff,              )   CIVIL NO.  05-02851 JSW
                                      )
14            v.                      )   STIPULATION AND ORDER
                                      )   APPROVING COMPROMISE
15 JO ANNE B. BARNHART,               )   SETTLEMENT OF ATTORNEY
   Commissioner of Social Security,   )   FEES PURSUANT TO THE EQUAL
16                                    )   ACCESS TO JUSTICE ACT
              Defendant.              )
17 _____ )

18     The plaintiff's attorney having met the criteria of L.R. 54-5, by meeting and conferring with

19 defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned

20 counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

21     1.  Defendant shall pay THREE THOUSAND SEVEN HUNDRED DOLLARS ($3,700.00),

22 pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action. [1]

23 The check is to be payable to plaintiff's counsel:

24                    JAMES H. MILLER
                BOX 10891 GRAND LAKE STATION
25                  OAKLAND, CA 94610
                   (510) 451-2132 fax: 0824
26                   jimillaw@rcn/com

27     2.  This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not

28 constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice

_____

[1]  This amount includes costs.

1  Act.

2        3.  Payment of the THREE THOUSAND SEVEN HUNDRED DOLLARS ($3,700.00) EAJA

3  fees incurred in this court action, will constitute a complete release from and bar to any and all

4  claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the

5  EAJA as a result of this court action.

6

7

8  Dated: January 25, 2006                    /s/
9                                             JAMES H. MILLER
                                              Attorney for Plaintiff
10

11                                            KEVIN V. RYAN
                                              United States Attorney
12

13

14
   Dated: January 26, 2006          By:      /s/
15                                            SARA WINSLOW
                                              Assistant United States Attorney
16

17  PURSUANT TO STIPULATION, IT IS SO ORDERED:

18

19

20

21  Dated:  January 27, 2006

22                                            JEFFREY S. WHITE
                                              United States District Judge
23

24

25

26

27

28

   SWANSON,  EAJA STIP (kl)
   C 05-02851 JSW                    2